■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DUWAYNE CHANCE, Appellant. [26 NYS3d 848]—An appeal having

been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Patricia Nunez, J.), rendered on or about March 20, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Sweeny, J.P., Renwick, Moskowitz and Gische, JJ.